IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRIGINAL D. JACKSON,

    Petitioner,

v.                                                        CIV 11-0294 JAP/KBM

STATE NEW MEXICO, and
ANTHONY ROMERO, Warden,

    Respondents.

# ORDER DENYING MOTION TO "REMAND"

    This habeas matter under 28 U.S.C. § 2254 was dismissed as premature in June 2011 because Petitioner did not exhaust his state court remedies. *See Doc. 25.* Evidently Petitioner presented CM/ECF "receipts" from this Court to the state clerk for filing and they were rejected. He therefore requests that this Court "remand" the federal case by forwarding a copy of the federal record to the New Mexico Court of Appeals and the Second Judicial District Court. *See Doc. 26* at 1-2. Petitioner plainly misunderstands what is required of him to pursue further state remedies. This Court cannot advise him on such matters, and the relief he requests of this Court is inappropriate. However, reading his request liberally and in an effort to assist the state courts with Petitioner's attempts to exhaust, I will request the Clerk of this Court to forward Petitioner copies of his initial and amended federal pleadings.

    Wherefore,

    **IT IS HEREBY ORDERED** that Petitioner's request *(Doc. 26)* is DENIED.

    **IT IS FURTHER ORDERED** that the Clerk mail copies of Documents 1, 4, 7, and 12 to Petitioner at his Winchester address which, according to his latest motion is still his current address.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE